IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, <br> on behalf of plaintiff and <br> the class members defined herein, <br><br> Plaintiff, <br><br> v. <br><br> CASHLESS PAYMENTS, INC., <br> and JOHN DOES 1-10, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 16 C 4461 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Cox |

**STIPULATION TO DISMISS**

Now Come the Parties by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the dismissal of Plaintiff Able Home Health, LLC's individual claims against Defendant Cashless Payments, Inc. with prejudice and without costs. Plaintiff Able Home Health, LLC's putative class claims against Defendant Cashless Payments, Inc. are dismissed without prejudice and without costs. Plaintiff Able Home Health, LLC's claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus <br> Daniel A. Edelman <br> Heather Kolbus <br> EDELMAN, COMBS, LATTURNER <br>     & GOODWIN, LLC <br> 20 S. Clark Street, Suite 1500 <br> Chicago, IL  60603 <br> (312) 739-4200 | s/ Chris D. Rouskey (w/ consent) <br> Chris D. Rouskey <br> ROUSKEY AND BALDACCI <br> 2121 Oneida Street, Suite 401 <br> Joliet, IL  60435 <br> (815) 741-2118 |

## CERTIFICATE OF SERVICE

  I, Heather Kolbus, certify that on March 20, 2017, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send a notification of such filing to the following parties:

 Chris D. Rouskey (rouskeylaw@gmail.com)
 Jeffrey C. Baldacci (rouskeylaw@gmail.com)
 Robert J. Welz (rouskeylaw@gmail.com)
 ROUSKEY AND BALDACCI
 2121 Oneida Street, Suite 401
 Joliet, IL 60435


              s/ Heather Kolbus
              Heather Kolbus



Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)